# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 2:06 CR 58 |
| | ) | |
| **JAMES HENDERSON GILL** | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 42), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the October 22, 2008, Petition. (DE # 26.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 37.) Defendant is sentenced to a term of 12 months and 1 day of incarceration, with credit for time served while in federal custody, and with no further term of supervised release to follow.

**SO ORDERED.**

Date: November 8, 2022

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT